

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2022

No. 04-22-00423-CV

Blanca J. **COLUNGA**,
Appellant

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV07308
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On July 12, 2022, appellant filed his notice of appeal. On August 5, 2022, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating that appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record. *See* TEX. R. APP. P. 35.3(b) (stating the court reporter is responsible for preparing and filing the reporter's record if (1) the notice of appeal has been filed, (2) appellant has requested the reporter's record be prepared, and (3) appellant has paid the fee for preparation of the record, has made arrangements to pay the fee, or is entitled to appeal without paying the fee).

We therefore ORDER appellant to provide written proof to this court on or before **August 26, 2022**, that either: (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

If appellant fails to respond within the time provided, we will set a due date for appellant's brief, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2022.



Michael A. Cruz,
Clerk of Court